IDA HAZEL HENDERSON, Appellant, v. MELVIN AMES, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs

and pay to respondent's attorney ten dollars by August first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.